```
 1  RAY
 2  D-666666/AA-110L
 3  P.O. BOX 1050
 4  SOLEDAD, CA (93960)
 5
 6  IN PROPRIA PERSONA
 7
 8                          E-filing
 9
10          UNITED STATES DISTRICT COURT
11
12          NORTHERN DISTRICT OF CALIFORNIA
13                          CV 08
14  RAYMOND V. HINTZ,        ) CIV. NO. _____ JSW
15              PLAINTIFF,   )                  (PR)
16  JOHN BEAUDIN; JULIE      ) COMPLAINT FOR NON-
17  RASMUSSEN;               ) PERFORMANCE AND
18              DEFENDANTS,  ) CONSPIRACY, GENERAL
19  _____  ) RELIEF, SPECIAL RELIEF,
20                             COMPENSATORY RELIEF,
21                             PUNITIVE RELIEF, DEC-
22                             LARATORY JUDGEMENT,
23                             INJUNCTIVE RELIEF,
24                             PER TITLE 18 USC 1983,
25                             1985, AND 1988
26
27
28
                          -1-
```

1  RAY
2  P-66666 / AA-110 L
3  P.O. BOX 1050
4  SOLEDAD, CA. (93960)
5
6  IN PROPRIA PERSONA
7
8
9
10         UNITED STATES DISTRICT COURT
11
12         NORTHERN DISTRICT OF CALIFORNIA
13
14  RAY,                         ) CIV. NO. _____
15              , PLAINTIFF      )
16                               ) MOTION FOR
17  _____ ;  _____     ) ISSUANCE OF
18  _____ ;                 ) PRELIMINARY
19              DEFENDANTS,      ) INJUNCTION
20  _____)
21
22
23
24
25
26
27
28
                -1-

# SALINAS VALLEY STATE PRISON
## LEGAL MATERIAL REQUEST
### PLEASE PRINT ALL INFORMATION NEATLY
(FOR CASE LAW AND COURT FORMS REQUESTS)

(Print)
**NAME:** Hintz, Ray     **CDC #:** T61998     **BLDG./CELL #:** D-2-108

If you DO NOT require physical access to the Library, but need to obtain legal document forms and case law, you may submit the Legal Material Request Form to the Law Library through the institutional mail.

**LIMIT FOR CASE LAW: 3 CASES ON THIS REQUEST**
**ONLY TWO REQUESTS PER WEEK ALLOWED!**
PER OP#21, INMATES CAN HAVE UP TO 10 CASES CHECKED OUT AT A TIME FOR 30 DAYS!
(IF YOU HAVE MORE THAN 10 CASES OUT, YOU WILL NOT GET MORE UNTIL YOU TURN SOME IN!)

List your requests, be specific as possible so that the correct cases and info. are sent to you, and PRINT CLEARLY
If requesting case law, please list correct cite numbers!

**#1:** People v Black CA1 2005

**#2:** Title 18 USC 1983   } (GET FROM COURT(S))
Title 18 USC 1985   } This are forms that
Title 18 USC 1988   } we fill out for law suites

**#3:** Motion for Issuance of Preliminary Injunction
Title 18 USC 3304

**#4:**

♦ Per OP#21, ALL CASE LAWS, OP's, DOM, penal code sections, etc... (electronic printouts) are property of SVSP. Any electronic printouts that are lost, damaged, or unreturned, you will be charged 10 cents per page and you may receive a 128. ♦♦♦

**RETURN ALL CASE LAW BY:** 3/28/08

**L.T.A'S NAME:** _____     **DATE COMPLETED:** 2/28/08