OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED JSW
MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


RETURNED TO SENDER

☐ UNAUTHORIZED CORRESPONDENCE
___ INMATE/PAROLEE
___ CIRCUMVENTING PROCEDURES
☐ CANNOT IDENTIFY WITHOUT CDC NUMBER
☐ NAME AND NUMBER DO NOT CORRESPOND

Raymond V. Hintz
D-06606/1






US POSTAGE $01.
MAILED FROM ZIP CODE