IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND V. HINTZ, | ) | No. C 08-1283 JSW (PR) |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| JOHN BEAUDIN, JULIE RASMUSSEN, | ) ) ) | |
| Defendants. | ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice.

IT IS SO ORDERED.

DATED: May 8, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER T BURNS,

    Plaintiff,

v.

TILTON et al,

    Defendant.

Case Number: CV08-01112 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher T. Burns K-30680
Baker Facility, California Mens Colony
Cell No. 4259
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: May 8, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk